OPINION — AG — QUESTION: "I AM CONTEMPLATING PROPOSING LEGISLATION PERMITTING CERTAIN NAMED INDIVIDUALS TO SUE THE STATE OF OKLAHOMA FOR WATER DAMAGE TO LAND ALLEGED TO RESULT FROM THE CONSTRUCTION AND MAINTENANCE OF INTERSTATE HIGHWAY 35", ANSWER: THE PROPOSED LEGISLATION WOULD BE CONSTITUTIONAL. THE ATTORNEY GENERAL OF COURSE EXPRESSES NO OPINION ON THE MERITS OF THE CASE. CITE: ARTICLE II, SECTION 24, ARTICLE V, SECTION 46, ARTICLE V, SECTION 59 (BURCK BAILEY)